Case 1:05-cv-00902-CAP   Document 545   Filed 11/23/09   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-00902-CAP
## Lockheed Martin Corporation v. L-3 Communications Corporation et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 11/23/2009.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 4:45 P.M.
TIME IN COURT: 5:12

COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Bogan representing Lockheed Martin Corporation<br>William Boice representing Lockheed Martin Corporation<br>Michael Cunningham representing L-3 Communications Corporation<br>Terry Elling representing Lockheed Martin Corporation<br>Christopher McDowell representing L-3 Communications Corporation<br>Martin Rose representing L-3 Communications Corporation |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | [490]Motion for Attorney Fees TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Opening statements by counsel. Pla's evidence: William Boice; Jerry Elling, sworn & testified. Dfts Evidence: Christopher Galanek, sworn & testified. Closing statements by counsel. |
| HEARING STATUS: | Hearing Concluded |